PHILLIP A. TALBERT
United States Attorney
ROBERT L. VENEMAN-HUGHES
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:20-CR-00239-DAD-BAM |
|---|---|
| Plaintiff, | STIPULATION AND ORDER REGARDING CONTINUANCE OF STATUS CONFERENCE |
| v. | DATE: August 14, 2024 |
| RALPH ZAVALA, | TIME: 2:00 p.m. |
| Defendant. | |

This case is set for a status conference on a supervised release on August 14, 2024. The parties agree and stipulate to continue the status conference until August 22, 2024, to accommodate the schedule of counsel.

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status conference on a supervised release violation on August 14, 2024.

2. By this stipulation, defendant now moves to continue the status conference until **August 22, 2024, at 2:00 p.m.** and to exclude time between August 14, 2024, and August 22, 2024.

3. No exclusion of time is necessary because the matter concerns a supervised release violation.

IT IS SO STIPULATED.

Dated: August 13, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ ROBERT L. VENEMAN-HUGHES
ROBERT L. VENEMAN-HUGHES
Assistant United States Attorney

Dated: August 13, 2024

/s/ JARRETT CLINE
JARRETT CLINE
Counsel for Defendant
RALPH ZAVALA

## ORDER

Having reviewed the parties' stipulation and proposed findings,

IT IS HEREBY ORDERED that the status conference scheduled for August 14, 2024 at 2:00 p.m. is continued to August 22, 2024 at 2:00 p.m. No exclusion of time is necessary because the matter concerns a supervised release violation.

IT IS SO ORDERED.

DATED: 8/13/2024

*Sheila K. Oberto*
THE HONORABLE SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE