P. Jarrett Cline, SB 220883
THE LAW OFFICE OF JARRETT CLINE
2445 Capitol Street, Suite 215
Fresno, California 93721
Telephone: (559) 617-4444
Email: Jarrett@559law.com

Attorney for Defendant
Ralph Zavala

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NO. 1:20-CR-00239-DAD-BAM |
|---|---|
| Plaintiff, | |
| v. | MOTION TO TERMINATE CJA APPOINTMENT OF P. JARRETT CLINE AS ATTORNEY OF RECORD |
| RALPH ZAVALA, | |
| Defendant. | |

On 8/12/24, CJA Panel Attorney P. Jarrett Cline was appointed as counsel to represent Mr. Zavala in his supervised release violation case. Mr. Zavala was sentenced on November 6, 2024. The time for filing a direct appeal was November 20, 2024. No direct appeal was filed. Mr. Zavala was in custody at the time of sentencing. The supervised release violation phase of Mr. Zavala's case has come to an end. Having completed his representation of Mr. Zavala, CJA Attorney, P. Jarrett Cline now moves to terminate his appointment under the Criminal Justice Act.

//

//

//

//

//

Should Mr. Zavala require further legal assistance, he has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him.

Dated: December 30, 2024                                  Respectfully Submitted,

                                                   s/ P. Jarrett Cline
                                                   P. JARRETT CLINE
                                                   Attorney for Ralph Zavala

Having reviewed the notice and found that attorney P. Jarrett Cline has completed the services for which he was appointed, the Court hereby grants attorney P. Jarrett Cline's request for leave to withdraw as defense counsel in this matter.  Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721.  The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free).  If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

/////

/////

/////

/////

/////

The Law Office of Jarrett Cline

The Clerk of Court is directed to serve a copy of this order on Defendant at the following address and to update the docket to reflect Defendant's pro se status and contact information:

Ralph Zavala
42675 Rd. 44
Reedley, CA 93654

IT IS SO ORDERED.

Dated: __January 13, 2025__   _____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

The Law Office of Jarrett Cline