P. JARRETT CLINE, 220883
THE LAW OFFICE OF JARRETT CLINE
2445 Capitol Street, Suite 215
Fresno, CA 93721
Telephone: (559) 617-4444
Email-Jarrett@559law.com

Attorney for Defendant
Ralph Zavala

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>RALPH ZAVALA,<br><br>　　　　　　Defendant. | CASE NO. 1:20-CR-00239<br><br>STIPULATION AND ORDER REGARDING CONTINUANCE OF STATUS CONFERENCE<br><br>DATE: April 3, 2025,<br>TIME: 2:00 p.m. |

　　　This case is set for a status conference on a supervised release on April 3, 2025,. The parties agree and stipulate to continue the status conference until May 14, 2025,, to accommodate the schedule of counsel and for further investigation.

**STIPULATION**

　　　Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

　　　1.　By previous order, this matter was set for status conference on a supervised release violation on April 3, 2025,.

　　　2.　By this stipulation, defendant now moves to continue the status conference until **May 14, 2025,, at 2:00 p.m.**

　　　3.　No exclusion of time is necessary because the matter concerns a supervised release violation.

IT IS SO STIPULATED.

Dated: April 1, 2025

MICHELE BECKWITH
Acting United States Attorney

/s/ ROBERT VENEMAN-HUGHES
ROBERT VENEMAN-HUGHES
Assistant United States Attorney

Dated: April 1, 2025

/s/ JARRETT CLINE
JARRETT CLINE
Counsel for Defendant
RALPH ZAVALA

## ORDER

Having reviewed the parties' stipulation and proposed findings,

IT IS HEREBY ORDERED that the status conference scheduled for April 3, 2025, at 2:00 p.m. is continued to May 14, 2025, at 2:00 p.m. No exclusion of time is necessary because the matter concerns a supervised release violation.

IT IS SO ORDERED.

DATED: 4/1/2025

*Sheila K. Oberto*
United States Magistrate Judge Sheila K. Oberto